# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0423. ALFREDA L. WILLIAMS v. DANIELLA E. SOLIS.

Alfreda L. Williams seeks discretionary review of the trial court's order awarding OCGA § 9-15-14 attorney fees to Daniella E. Solis for Williams's conduct in seeking a frivolous motion for default judgment. The trial court denied the motion for default judgment, and the underlying lawsuit is still pending. We, therefore, lack jurisdiction.

Generally, a party must follow the discretionary appeal procedures to appeal the award of OCGA § 9-15-14 attorney fees. See OCGA § 5-6-35 (a) (10). Here, however, the underlying lawsuit remains pending in the trial court. Because no final judgment has been entered, Williams was required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); see also *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Although Williams filed an application for discretionary appeal, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Williams's failure to

follow the interlocutory appeal procedures deprives this Court of jurisdiction to consider this application. Accordingly, this application is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   05/10/2018   *
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*